UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

| | | |
|---|---|---|
| NEW HAMPSHIRE INSURANCE COMPANY, as Subrogee of Sanctuary, LLC, | ) ) ) ) | |
| Plaintiff, | ) ) | **JUDGMENT IN A CIVIL CASE** |
| v. | ) ) ) | **CASE NO. 7:16-CV-237-D** |
| BENNETT BROTHERS YACHTS, INC., | ) ) ) | |
| Defendant. | ) | |

**Decision by Court.**

**IT IS ORDERED, ADJUDGED, AND DECREED** that the court GRANTS defendant's motion for summary judgment [D.E. 20]. The court DENIES as moot plaintiffs objection to defendant's Exhibit N [D.E. 32]. Defendant may file a motion for costs in accordance with the Federal Rules of Civil Procedure and the court's local rules.

**This Judgment Filed and Entered on December 28, 2017, and Copies To:**

| | |
|---|---|
| Edward J. Powers | (via CM/ECF electronic notification) |
| David P. Ferrell | (via CM/ECF electronic notification) |
| Kevin Alan Rust | (via CM/ECF electronic notification) |
| David N. Ventker | (via CM/ECF electronic notification) |
| Marissa M. Henderson | (via CM/ECF electronic notification) |
| Thomas S. Babel | (via CM/ECF electronic notification) |

DATE:                                          PETER A. MOORE, JR., CLERK

December 28, 2017                      (By)  /s/ Nicole Briggeman
                                                          Deputy Clerk